UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>                -against-<br><br>CERTAIN UNKNOWN TRADERS TRADING IN AN ACCOUNT IN THE NAME OF IDRIS D. MUSTAPHA,<br><br>                              Defendants. | 16-CV-4805 (JGLC)<br><br>**<u>NOTICE OF REASSIGNEMENT</u>** |

JESSICA G. L. CLARKE, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

      On June 19, 2017, the Court ordered Plaintiff to seek a Certificate of Default or submit a status report by June 30, 2017. Since that date, no action has been taken in this case. Accordingly, Plaintiff is hereby ORDERED to file a letter **no later than July 20, 2023**, updating the Court on the status of this case. Otherwise, the Court may dismiss the case pursuant to Federal Rule of Civil Procedure 41(b).

Dated: July 7, 2023
       New York, New York

                                                SO ORDERED.

                                                *Jessica Clarke*

                                                JESSICA G. L. CLARKE
                                                United States District Judge