UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff,

          -against-

CERTAIN UNKNOWN TRADERS
TRADING IN AN ACCOUNT IN THE
NAME OF IDRIS D. MUSTAPHA,

                  Defendants.

16-CV-4805 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

      On July 7, 2023, the Court ordered Plaintiff to file a status report no later than July 20, 2023. The Court understands from Plaintiff's counsel that, before this case was reassigned to the undersigned, the next status report was due on September 20, 2023. Accordingly, the Court hereby adjourns the July 20 deadline, and Plaintiff is ORDERED to file a letter **no later than September 20, 2023**, updating the Court on the status of this case.

      Plaintiff is advised that to the extent counsel seeks to file that report under seal, its submission must comply with the Court's Individual Rules and Practices, including Rules 1(a), 2(a), 5(e) and/or 5(f).

Dated: July 19, 2023
      New York, New York

                              SO ORDERED.

                              _Jessica Clarke_____

                              JESSICA G. L. CLARKE
                              United States District Judge